PER CURIAM.

Appeal dismissed, with costs, as having been prematurely taken. Decree filed.

J. V. CHAMPION and J. H. Le Roy, Sr., Receivers of Eastern Cotton Oil Company, Appellants, v. R. E. WHITEHURST and W. B. R. Guion, Attorneys for D. L. Ward and E. H. Meadows, Receivers, Appellees, In Cause of Davison Chemical Co. v. Eastern Cotton Oil Co.

No. 3729.

Circuit Court of Appeals, Fourth Circuit.
Oct. 18, 1934.

Kenneth C. Royall, of Goldsboro, N. C., and Larry I. Moore, of New Bern, N. C., for appellants.

W. B. R. Guion and R. E. Whitehurst, both of New Bern, N. C., for appellees.

PER CURIAM.

Appeal dismissed, with costs, as having been prematurely taken. Decree filed.

PER CURIAM.

Appeal dismissed at costs of appellant, per stipulation of parties.

CHICAGO TELEPHONE CO. v. CENTRAL RADIO LABORATORIES.

No. 5144.

Circuit Court of Appeals, Seventh Circuit.
Aug. 7, 1934.

T. Clay Lindsey, of Hartford, Conn., Verne G. Cawley, of Elkhart, Ind., and George L. Wilkinson, of Chicago, Ill., for appellant.

George I. Haight, of Chicago, Ill., and John W. Michael, of Milwaukee, Wis., for appellee.

Before ALSCHULER, Circuit Judge.

PER CURIAM.

Pursuant to stipulation of counsel, filed this date, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without the recovery of costs by either of the parties against the other.

CHICAGO, BURLINGTON & QUINCY RAILROAD CO., Appellant, v. W. A. BLEDSOE et al.

No. 9957.

Circuit Court of Appeals, Eighth Circuit.
Oct. 17, 1934.

H. J. Nelson and J. A. Lydick, both of St. Joseph, Mo., and Paul D. Kitt, of Chillicothe, Mo., for appellant.

Clare Magee, of Unionville, Mo., and Clay C. Rogers and L. N. Wolf, both of Kansas City, Mo., for appellees.

CITY OF DEER LODGE, Appellant, v. COMMONWEALTH PUBLIC SERVICE CO. OF MONTANA, Appellee.

No. 7450.

Circuit Court of Appeals, Ninth Circuit.
Nov. 13, 1934.

S. P. Wilson, of Deer Lodge, Mont., and John A. Stagg, of Anaconda, Mont., for appellant.

Gunn, Rasch, Hall & Gunn, of Helena, Mont., and K. W. McPherson, of Spokane, Wash., for appellee.